**Steve D. Larson**, OSB No. 863540
slarson@stollberne.com
**STOLL STOLLE BERNE LOKTING & SHLACHTER P.C.**
209 SW Oak Street, Suite 500
Portland, Oregon 97204
Telephone: 503.227.1600
Facsimile: 503.227.6840
*Attorneys for Plaintiff*

[Additional counsel listed in signature block]

**Darin M. Sands,** OSB No. 106624
sandsd@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200
*Attorneys for Defendant*

[Additional counsel listed in signature block]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DON NGUYEN**, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CREE, INC.**,<br><br>Defendant. | Case No. 3:18-cv-02097-SB<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Don Nguyen and defendant Cree, Inc., through their respective attorneys of record, hereby stipulate to the dismissal, with prejudice, of this action in its entirety, with each side to bear its own costs, fees and expenses.

Page 1 - JOINT STIPULATION OF DISMISSAL

IT IS SO STIPULATED:

DATED: March 23, 2020

| | |
|---|---|
| Michael McShane, *Pro Hac Vice*<br>mmcshane@audetlaw.com<br>AUDET & PARTNERS, LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, California 94102-3275<br>Telephone: 415.568.2555<br>Facsimile: 415.568.2556 | By: s/ Michael McShane<br>Steve D. Larson, OSB No. 863540<br>slarson@stollberne.com<br>STOLL STOLLE BERNE LOKTING<br>& SHLACHTER P.C.<br>209 SW Oak Street, Suite 500<br>Portland, Oregon 97204<br>Telephone: 503.227.1600<br>Facsimile: 503.227.6840<br><br>Charles E. Schaffer, *Pro Hac Vice*<br>cschaffer@lfsblaw.com<br>LEVIN SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, Pennsylvania 19106<br>Telephone: 215.592.1500<br>Facsimile: 215.592.4663<br><br>*Attorneys for Plaintiff* |

DATED: March 23, 2020

| | |
|---|---|
| Rebecca K. Lindahl, *Pro Hac Vice*<br>rebecca.lindahl@kattenlaw.com<br>KATTEN MUCHIN ROSENMAN LLP<br>550 South Tryon Street, Suite 2900<br>Charlotte, North Carolina 29202-4213<br>Telephone: 704.344.3141<br>Facsimile: 704.344.2277<br><br>Charles A. DeVore, *Pro Hac Vice*<br>charles.devore@kattenlaw.com<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, Illinois 60661-3693<br>Telephone: 312.902.5478<br>Facsimile: 312.902.1061 | By: s/ Darin M. Sands<br>Darin M. Sands, OSB No. 106624<br>sandsd@lanepowell.com<br>LANE POWELL PC<br>601 S.W. Second Avenue, Suite 2100<br>Portland, OR 97204<br>Telephone: 503.778.2100<br>Facsimile: 503.778.2200<br><br>Stuart M. Richter, *Pro Hac Vice*<br>stuart.richter@kattenlaw.com<br>Andrew J. Demko, *Pro Hac Vice*<br>andrew.demko@kattenlaw.com<br>Gregory S. Korman, *Pro Hac Vice*<br>greg.korman@kattenlaw.com<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, California 90067-3012<br>Telephone: 310.788.4400<br>Facsimile: 310.788.4471<br><br>*Attorneys for Defendant* |

## ATTESTATION

    I, the undersigned, am the ECF user whose identification and password are being used to file this document. I hereby attest and represent, in compliance with Civil L.R.11-1(b)(2), that all other signatories listed above, and on whose behalf the filing is submitted, have concurred in this filing and have approved its contents.

                                                        s/ Michael McShane
                                                        Michael McShane